UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

M.S., *individually and on behalf of A.S.*; R.S., *individually and on behalf of A.S.*,

                  Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 1300 (GBD) (GWG)

GEORGE B. DANIELS, District Judge:

    The July 9, 2020 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Gorenstein for General Pretrial.

Dated: April 27, 2020
       New York, New York

                                  SO ORDERED.

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE