UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

M.S. individually and on behalf of her child
A.S. a minor,

                              Plaintiff,

      - against -

New York City Department of Education,

                             Defendant.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

20 cv 01300 (GBD) (GWG)

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of the undersigned, Sherief Gaber, as attorney to be noticed, on behalf of Defendant, the New York City Department of Education, in the above-titled action. The undersigned replaces William Kevin Oates, JR, who was until recently Special Assistant Corporation Counsel and who had previously noticed an appearance on behalf of defendant in this action. Mr. Oates is no longer in his position and is no longer authorized to appear on behalf of defendant.

Dated: New York, New York
         April 29, 2020

                                            JAMES E. JOHNSON
                                            Corporation Counsel of the City of New York
                                            Attorney for Defendant
                                            100 Church Street, Rm. 20-105
                                            New York, New York 10007
                                            Tel: (212) 356-2298
                                            Fax: (212) 356-2038
                                            sgaber@law.nyc.gov

                                            By: __*s/ Sherief Gaber*_____
                                                      Sherief Gaber
                                                      Assistant Corporation Counsel