

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SHERIEF GABER**
*Assistant Corporation Counsel*
P: (212) 356-2298
F: (212) 356-2038
sgaber@law.nyc.gov

## MEMORANDUM ENDORSEMENT

November 2, 2020

**Conference cancelled.**

VIA ECF

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

**So Ordered.**

~~GABRIEL W. GORENSTEIN~~
United States Magistrate Judge
**November 2, 2020**

Re: *M.S., et al. v. N.Y.C. Dep't of Educ., et al.,* 20-cv-01300 (GBD) (GWG)

Dear Judge Gorenstein,

I am an Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant in the above-referenced action wherein Plaintiffs seek, among other relief, attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., as well as for this action.

I write on behalf of both parties in response to your October 22, 2020 Order scheduling an Initial Pretrial Conference for today, November 2, 2020, at 10:30 a.m. (ECF No. 29). Parties have since agreed on terms to settle the attorneys fees claims and thereby this action. As such, we believe that a conference is no longer required and respectfully request that the Court cancel the scheduled appearance.

We plan to finalize the settlement in the coming week. Thank you for considering this submission.

Respectfully Submitted,

*/s/  Sherief Gaber*_____
Sherief Gaber
Assistant Corporation Counsel
*Attorney for Defendant*

*/s/__Tracey Spencer Walsh*___
Tracey Spencer Walsh
Christopher Barnett
*Attorneys for Plaintiffs*
SPENCER WALSH LAW, PLLC
**Temporary Mailing Address**:
36 Western Drive
Ardsley, NY, 10502
Tel. 212-401-1959